No. 12. Axtmayer *v.* Córdova, Juez de Distrito.—Solicitud para que se expida mandamiento inhibitorio al Juez de la Corte de Distrito de San Juan, Sección 1ª. Moción desistiendo de la petición. Resuelto en noviembre 25, 1912. Desistida la petición a instancia del peticionario.

---

No. 883. Armstrong & Co. *v.* Pabón.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en noviembre 27, 1912. Desestimada de oficio la apelación, porque de los autos no aparece que la cuantía litigiosa exceda de $300. Párrafo 2, artículo 295 del Código de Enjuiciamiento Civil, enmendado en marzo 9, 1905. (*Parker* v. *Morrill*, 106 U. S., 1; *Lind* v. *David et al.*, 8 D. P. R., 540.) Abogado del apelado: *Sr. Jorge V. Domínguez.* El apelante compareció en nombre propio.

---

No. 488. El Pueblo *v.* Concepción.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en noviembre 27, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Ignacio Carballeira.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 885. El Pueblo *v.* González et al.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción del Fiscal para que se desestime la apelación. Resuelto en noviembre 27, 1912. Denegada la moción. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado de los apelantes: *Sr. Carlos Franco Soto.*

---

No. 908. Márquez et al. *v.* Jordi.—Apelación procedente de la Corte de Distrito de Arecibo. Moción de la parte apelada para que se una a la transcripción de autos copia cer-